IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| KEVEEN SHA'BA, <br><br> Plaintiff, <br><br> vs. <br><br> J&R TIRE, INC., and JONATHAN BOOK, <br><br> Defendants. | CIVIL ACTION FILE <br> NO.: _____ |

## PETITION FOR REMOVAL

COMES NOW J&R TIRE, INC., and JONATHAN BOOK, in the above-captioned action, and hereby files this Petition for Removal, pursuant to the provisions of 29 U.S.C. §§ 1441, et seq., and showing the Court the following:

1.

The present action was commenced by the Plaintiff in the State Court of Fulton County on August 4, 2014. The suit is identified as ***Keveen Sha'Ba, Plaintiff, v. J&R Tire, Inc., and Jonathan Book, Defendants***, Civil Action File No. 14EV001708E.

2.

The Plaintiff's Complaint for Damages was the initial pleading setting forth the

-1-

claim for relief upon which this action is based. (A true and Correct Copy of the Plaintiff's Complaint and all documents filed in this matter are attached hereto as Exhibit "A"). The earliest knowledge and first notice by Defendants or its agents of Plaintiff's Complaint was August 8, 2014.

3.

The filing of this Petition for Removal is timely in that it has been filed within thirty (30) days of the date of Defendants first receiving notice of Plaintiff's Complaint for Damages.

4.

This action is a civil nature and the substance of Plaintiff's Complaint for Damages is that Defendant Jonathan Book was negligent in operating his vehicle when he struck the rear of the Plaintiff's vehicle. Plaintiff is claiming damages for personal injuries as a result of this automobile accident, which occurred on September 12, 2012.

5.

The Plaintiff has alleged that at the time of the subject accident, Defendant Book was in the course and scope of his employment with Defendant J&R Tire, Inc.

6.

The Plaintiff has alleged that he has incurred over $50,000 in medical specials

to date, and has alleged that one of his physicians has recommended surgical intervention with the estimated cost of surgery to be over $80,000.

7.

The Plaintiff is not a resident of the State of Georgia. Upon information and belief the Plaintiff resides at either 1335 W. Vliet St., Milwaukee, Wisconsin 53205 or 1234 ½ Douglas Avenue, #2, Racine, Wisconsin 53402.

8.

Defendant J&R Tire, Inc., is a Georgia corporation established under the laws of the State of Georgia. This Defendant's Registered Agent, Ron Book, may be found at 172 Ellison Road, Tyronne, Fayette County, Georgia 30290. The principal place of business for J&R Tire, Inc., is at 350 Bohannon Road, Fairburn, Fulton County, Georgia 30213.

9.

Defendant Jonathan Book is a resident of the State of Georgia, residing at 45 Brooke Place, Newnan, Coweta County, Georgia 30265.

10.

There exists complete diversity among the parties who are presently before the Court.

11.

This Court has jurisdiction under 28 U.S.C. §§ 1332 and, therefore, this action is one which may be removed to this Court by the Petitioner/Defendant, pursuant to the provisions of 28 U.S.C §§ 1441 and 1441 (b), in that it is a civil action in which the Plaintiff alleges that the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and cost, and is an action between citizens of different states.

**WHEREFORE,** Petitioners J&R Tire, Inc., and Jonathan Book, Defendants in the action described herein-above which is currently pending in the State Court of Fulton County, State of Georgia, Civil Action No. 14EV001708E, pray that this action be removed therefrom to this Court.

Respectfully submitted this 25th day of August, 2014.

CLAXTON & CLAXTON, LLC

_____
DARCY DUVAL HODGES
Georgia Bar No. 236051
WILLIAM P. CLAXTON
Georgia Bar No. 129320
Attorneys for Defendants

Suite 115
180 Interstate North Parkway
Atlanta, Georgia 30339
770.933.1946
770.933.8455 (Fax)

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| KEVEEN SHA'BA,<br><br>      Plaintiff,<br>vs.<br><br>J&R TIRE, INC., and JONATHAN BOOK,<br><br>      Defendants. | CIVIL ACTION FILE<br>NO.: _____ |

## **CERTIFICATION UNDER L.R. 7.1(D)**

I hereby certify pursuant to Northern District of Georgia Local Rule 7.1(D) that the above and forgoing **Petition for Removal** were prepared in Times New Roman 14 point font in accordance with Local Rule 5.1(B).

This 25th day of August, 2014.

_____
DARCY DUVAL HODGES
Georgia Bar No. 236051