IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

KEVEEN SHA'BA,

      Plaintiff,

vs.

      CIVIL ACTION FILE
      NO.: 3:14-CV-136-TCB

J&R TIRE, INC., and JONATHAN BOOK,

      Defendants.

## STIPULATION OF DIMISSAL

COME NOW KEVEEN SHA'BA (Plaintiff herein) and J&R TIRE, INC., and JONATHAN BOOK (Defendants herein) and hereby stipulate to the dismissal with prejudice of Plaintiff's actions against Defendants.

Stipulated and agreed this 13 day of October, 2015.

      **Houck/Regas, LLC**

      _/s/ Michael G. Regas, II_
      Michael G. Regas, II, Esq.
      Georgia Bar No. 599084
      Attorney for Plaintiff

Two Ravinia Drive
Suite 1020
Atlanta, Georgia 30346
770-392-6080
770-392-6082 - Fax

**Claxton & Claxton, LLC**

_/s/ D. Hodges_
DARCY DuVAL HODGES
Georgia State Bar No. 236051
Attorneys for Defendants

180 Interstate North Parkway
Suite 115
Atlanta, Georgia 30339
770-933-1946
770-933-8455 - Fax

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| KEVEEN SHA'BA,<br><br>    Plaintiff,<br>vs.<br><br>J&R TIRE, INC., and JONATHAN BOOK,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO.: 3:14-CV-136-TCB |

## CERTIFICATION UNDER L.R. 7.1(D)

I hereby certify pursuant to Northern District of Georgia Local Rule 7.1(D) that the above and forgoing **Stipulation of Dismissal** was prepared in Times New Roman 14 point font in accordance with Local Rule 5.1(B).

This 2nd day of November, 2015.

/s/ Hodges
DARCY DUVAL HODGES
Georgia Bar No. 236051